IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Mitchell, Kristin M | Case Number: 05 B 12796 |
| | Judge: Wedoff, Eugene R |
| Printed: 7/15/08 | Filed: 4/6/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: July 11, 2008
Confirmed: June 2, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 36,000.00 | |
| Secured: | | 15,009.31 |
| Unsecured: | | 17,454.05 |
| Priority: | | 0.00 |
| Administrative: | | 1,700.00 |
| Trustee Fee: | | 1,836.64 |
| Other Funds: | | 0.00 |
| Totals: | 36,000.00 | 36,000.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Macey & Aleman | Administrative | 1,700.00 | 1,700.00 |
| 2. | Chase Automotive Finance | Secured | 15,009.31 | 15,009.31 |
| 3. | ECast Settlement Corp | Unsecured | 4,132.00 | 4,239.68 |
| 4. | Kohl's/Kohl's Dept Stores | Unsecured | 39.36 | 40.38 |
| 5. | ECast Settlement Corp | Unsecured | 2,683.30 | 2,753.24 |
| 6. | ECast Settlement Corp | Unsecured | 3,044.37 | 3,123.71 |
| 7. | Resurgent Capital Services | Unsecured | 34.48 | 35.37 |
| 8. | ECast Settlement Corp | Unsecured | 1,789.72 | 1,836.37 |
| 9. | ECast Settlement Corp | Unsecured | 1,647.64 | 1,690.58 |
| 10. | Discover Financial Services | Unsecured | 2,722.02 | 2,792.94 |
| 11. | General Motors Acceptance Corp | Unsecured | 917.83 | 941.78 |
| 12. | Prospect Federal | Secured | | No Claim Filed |
| 13. | Home Depot | Unsecured | | No Claim Filed |
| | | | $ 33,720.03 | $ 34,163.36 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 136.15 |
| 5.5% | 462.60 |
| 5% | 140.19 |
| 4.8% | 268.22 |
| 5.4% | 606.01 |
| 6.5% | 223.47 |
| | $ 1,836.64 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Mitchell, Kristin M

Printed: 7/15/08

Case Number: 05 B 12796
Judge: Wedoff, Eugene R
Filed: 4/6/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

